No. 94–5453.  FOLLINS *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 94–5454.  HERRIMAN *v.* NAGLE, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 94–5456.  LILLY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–5458.  MCCRARY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–5459.  MCCOSTLIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–5460.  ROSSER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–5461.  REID *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 94–5462.  PADILLA-CASTILLO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–5464.  AMSDEN *v.* PROFESSIONAL CONDUCT COMMITTEE, NEW HAMPSHIRE SUPREME COURT.  Sup. Ct. N. H.  Certiorari denied.

No. 94–5465.  COOPER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–5466.  DEATON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 94–5468.  TURNER *v.* UNIVERSITY HOUSING.  C. A. 5th Cir.  Certiorari denied.

No. 94–5471.  CAIN *v.* MISSOURI STATE BOARD OF PODIATRY MEDICINE.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 94–5472.  VINESKI *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.